# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

  **v.**                                     **Case No.  14-CR-212**

**IYONNA SMITH**
          **Defendant.**

---

## ORDER

On the agreement of the parties,

**IT IS ORDERED** that the final pre-trial set for January 2, 2015, is canceled, and the matter is scheduled for **CHANGE OF PLEA** on **Monday, January 12, 2015, at 10:30 a.m.**

Dated at Milwaukee, Wisconsin, this 29th day of December, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge